B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Isabelle Ramos
        Salvador S Guzman
                            Debtor(s)

Case No.  12-48940
Chapter   13

## [REVISED]
## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __0.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __70.25__   Check one   ☐ With the filing of the petition, or
                             ☒ On or before __1-11-13__

   $ __70.25__   on or before __2-10-13__

   $ __70.25__   on or before __3-12-13__

   $ __70.25__   on or before __4-11-13__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  December 13, 2012                     Signature   /s/ Isabelle Ramos
                                                        Isabelle Ramos
/s/ Brian E. Alexander                                  Debtor
Attorney for Debtor(s)
Brian E. Alexander 0027456
Alexander, Alexander, and Associates
111 W. Washington Suite 1505
Chicago, IL 60602                           Signature   /s/ Salvador S Guzman
312-346-8822                                            Salvador S Guzman
Fax: 312-346-8824                                       Joint Debtor
brian@alexalexlaw.com

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Isabelle Ramos
      Salvador S Guzman
                                    Debtor(s)

Case No. 12-48940
Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 70.25  Check one  ☐ With the filing of the petition, or
                    ☒ On or before January 11, 2013

$ 70.25  on or before February 10, 2013

$ 70.25  on or before March 12, 2013

$ 70.25  on or before April 11, 2013

☒ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____

_____
United States Bankruptcy Judge

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy